## CRIMINAL CAUSE FOR ARRAIGNMENT/INITIAL APPEARANCE

**BEFORE:** Anne Y. Shields, U.S.M.J.                            **DATE:** 12/26/19
**DOCKET #:** MJ-19-1203-AYS              **CAPTION:** USA v. Berretta

**DEFENDANT:** Jonathan Berretta          **COUNSEL:** Randi Chavis
 X  Present     Not Present    X  In custody      Bail     CJA     Retained    X  Federal Defenders


**A.U.S.A.:** Justina Geraci

**COURT REPORTER:** N/A          **PRETRIAL REPORT PREPARED BY:** Mallori Brady
                                                                 X  present      not present

**FTR:** 2:36-2:45                        **COURTROOM DEPUTY:** JT

 X    Defendant(s) arraigned on the Complaint.

 X    Defendant(s) initial appearance.

      Waiver of Speedy Indictment executed:   Time excluded from              to

      Preliminary Hearing Scheduled for:                    At           before

 X    Preliminary Hearing Waived.  Waiver executed.

      Order Setting Conditions of Release and Bond entered for defendant(s).  Special conditions apply.  See bond for details.

      Temporary Order of Detention entered for defendant (s):

      Detention Hearing scheduled for: _____ **at** _____ **before Magistrate Judge Anne Y. Shields.**

 X    Permanent Order of Detention entered for defendant.

      Status Conference set for:

      Defendant(s)                     continued on Bond.

 X    Defendant remains in custody.

      Defendant released on bond.

**OTHER:**

FBI Agent sworn as to complaint.

No bail application presented at this time.