# INFORMATION SHEET
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 25 2020 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Jonathan Berretta et al., (S1) 20-CR-029 (JMA)</u>

2. Related Magistrate Docket Number(s): <u>19-MJ-1203, 20-MJ-99, 20-MJ-112, 20-MJ-162</u>

3. Arrest Date: <u>12/24/2019 (Jonathan Berretta); 01/27/2020 (Taylor Pick); 02/03/2020 (Maureen Serra); 02/20/2020 (Benjamin Downs)</u>

4. Nature of offense(s):   ☒  Felony
                           ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): <u>N/A</u>

6. Projected Length of Trial:   Less than 6 weeks   ☒
                                More than 6 weeks   ☐

7. County in which crime was allegedly committed: <u>Suffolk</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.   ☐Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☐Yes  ☒ No

10. Have arrest warrants been ordered?   ☐Yes  ☒ No

11. Is there a capital count included in the indictment?   ☐Yes  ☒ No

RICHARD P. DONOGHUE
United States Attorney

By: _____
Justina L. Geraci
Assistant U.S. Attorney
(631) 715-7835

Rev. 10/04/12