BEFORE: JOAN M. AZRACK                                       DATE: 5/20/2022
UNITED STATES DISTRICT JUDGE                                 TIME: 10:30 AM (15 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE (telephone)

**DOCKET NO. 20-cr-29 (JMA)**

**FILED**
**CLERK**
5/20/2022 2:31 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Jonathan Berretta**         **DEF. #: 1**
☒ Present    ☐ Not present ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Michelle Gelernt**
☒ Federal Defender       ☐ CJA          ☐ Retained

**DEFENDANT: Taylor Pick**               **DEF. #: 2**
☒ Present    ☐ Not present ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Lawrence Sheehan**
☐ Federal Defender       ☐ CJA          ☒ Retained

**DEFENDANT: Maureen Serra**             **DEF. #: 3**
☒ Present    ☐ Not present ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Daniel Ollen**
☐ Federal Defender       ☐ CJA          ☒ Retained

**DEFENDANT: Benjamin Downs**            **DEF. #: 4**
☒ Present    ☐ Not present ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Peter Brill**
☐ Federal Defender       ☒ CJA          ☐ Retained

**AUSA: Justina Geraci**

COURT REPORTER: Georgette Betts            COURTROOM DEPUTY: LMP

☒  Case Called.         ☒  Counsel present for all sides.
☒  All parties consent to appear telephonically.
☐  Initial Appearance and Arraignment held.
☐  Defendants waives public reading of the Superseding Indictment and enters a plea of not guilty.
☒  Waiver of speedy trial entered; time excluded from 5/20/2021 through 7/22/2022.
☐  Order setting conditions of release and bond entered.
☐  Permanent order of detention entered.
☐  Temporary order of detention entered.
     ☐ Detention hearing scheduled for  .
☐  Bail hearing held. Disposition:
☒  Next court appearance scheduled for 7/22/2022 at 10:30 AM. Counsel and defendants shall dial **1-877-873-8017 and enter access code 4785432#** at the prompt.

Defendants    ☐  Released on Bond ☒  Remains in Custody.

OTHER: