BEFORE: JOAN M. AZRACK  DATE: 9/7/2023
UNITED STATES DISTRICT JUDGE  TIME: 11:30 AM (45 min)

## CRIMINAL CAUSE FOR SENTENCING

**DOCKET NO. 20-cr-29 (JMA)**

**FILED CLERK**
4:27 pm, Sep 07, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Jonathan Berretta**  **DEF. #: 1**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Michelle Gelernt**
☒ Federal Defender  ☐ CJA  ☐ Retained

**AUSA: Justina Geraci**

INTERPRETER:

PROBATION OFFICER: Gregory Giblin

COURT REPORTER: ToniAnn Lucatorto  COURTROOM DEPUTY: LMP

☒ Case Called.  ☒ Counsel present for all sides.
☒ Sentencing held.
☒ Statements of defendant and counsel heard.
☒ Defendant sentenced on Count 2 of the Superseding Indictment.

SENTENCE TEXT: Imprisonment: 23 years. Supervised release: 10 years, with special conditions. Special Assessment: $100.00.

☒ Remaining open counts are dismissed on
  ☒ Government's motion.  ☐ Court's motion.
☒ Court advised defendant of right to appeal.
☐ Defendant waived right to appeal in plea agreement.
☐ Transcript of the proceeding sealed with the exception of providing a copy to the parties.

Defendant  ☒ Remains in Custody.  ☐ On bail pending appeal.
☐ Shall surrender to the institution designated by the U.S. Bureau of Prisons by 2:00 PM on  .

OTHER: